# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| States of North Dakota, South Dakota, Nevada, and Texas, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION** **PRO HAC VICE** |
| vs. | ) ) | |
| Regina McCarthy, in her official capacity as Administrator of the United States Environmental Protection Agency, | ) ) ) ) | |
| | ) | Case No. 1:13-cv-109 |
| Defendant. | ) | |

Before the court is the Plaintiff State of Nevada's Motion for attorney Belinda A. Suwe to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Belinda A. Suwe has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiff's motion (Docket No. 7) is **GRANTED**. Attorney Belinda A. Suwe is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff State of Nevada.

**IT IS SO ORDERED.**

Dated this 24th day of September, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge