# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| States of North Dakota, South Dakota, Nevada, and Texas, ) ) ) | |
| ) | **ORDER** |
| Plaintiffs, ) ) | |
| vs. ) ) | |
| Regina McCarthy, in her official capacity as Administrator of the United States Environmental Protection Agency, ) ) ) ) | Case No. 1:13-cv-109 |
| Defendant. ) | |

The court shall hold a Case Management/Status Conference in the above-entitled action on January 13, 2014, at 10:00 AM CST at 3:00 PM CST. The conference will held by telephone conference call.  Anyone wanting to participate in the conference should call the following telephone number and enter the following access code:

Telephone No.: (877) 848-7030
Access Code: 9768929

**IT IS SO ORDERED.**

Dated this 6th day of December, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court