IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| States of North Dakota, South Dakota, Nevada, and Texas, | ) ) ) | **ORDER (AMENDED)** |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| Regina McCarthy, in her official capacity as Administrator of the United States Environmental Protection Agency, | ) ) ) ) | Case No. 1:13-cv-109 |
| Defendant. | ) ) | |

The court shall hold a Case Management/Status Conference in the above-entitled action on January 13, 2014, at 3:00 PM CST. The conference will held by telephone conference call. Anyone wanting to participate in the conference should call the following telephone number and enter the following access code:

    Telephone No.: (877) 848-7030
    Access Code: 9768929

**IT IS SO ORDERED.**

Dated this 13th day of December, 2013.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr., Magistrate Judge
                                                United States District Court