IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| STATE OF NORTH DAKOTA, ET AL., ) | |
| ) | |
| PLAINTIFFS ) | STIPULATION OF DISMISSAL |
| VS. ) | |
| ) | CASE NO. 1:13-CV-109 |
| ANDREW R. WHEELER,[1] IN HIS OFFICIAL ) | |
| CAPACITY AS ADMINISTRATOR OF THE ) | |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all plaintiffs and the defendant hereby stipulate to the voluntary dismissal of this action, without prejudice and with each party to pay its own attorneys' fees and costs.

Dated: July 25, 2019.

Respectfully submitted,

**STATE OF NORTH DAKOTA**

**WAYNE STENEHJEM**
**ATTORNEY GENERAL**

/s/ *Paul M. Seby*
Paul M. Seby
Special Assistant Attorney General GREENBERG TRAURIG, LLP
1200 17th Street, Suite 2400
Denver, CO  80202
Telephone: (303) 572-6584
Facsimile: (303) 572-6540
Email:  sebyp@gtlaw.com

---

[1] Administrator Andrew R. Wheeler is substituted for his predecessor pursuant to Fed. R. Civ. P. 25(d).

ACTIVE 44804271v1

Margaret Olson
Assistant Attorney General
North Dakota Office of Attorney General 500 North 9th Street
Bismarck, ND 58501-4509
Telephone: (701) 328-3640
Facsimile: (701 328-3640

*Attorneys for Plaintiff State of North Dakota*

STATE OF NEVADA
AARON D. FORD
ATTORNEY GENERAL

*/s/ Kathryn Armstrong (with permission)*
Kathryn Armstrong (*pro hac vice*)
Assistant Attorney General
100 N. Carson Street
Carson City, NV 89701
Telephone: (775) 684-1163
Fax: (775) 684-1108

Email: karmstrong@ag.nv.gov

*Attorneys for Plaintiff State of Nevada, Department of Conservation and Natural Resources, Division of Environmental Protection*

STATE OF SOUTH DAKOTA
JASON RAVNSBORG
ATTORNEY GENERAL

*/s/ Steven R. Blair (with permission)*
Charles McGuigan
Chief Deputy Attorney General
Steven R. Blair
Assistant Attorney General
Mickelson Criminal Justice Center
1302 East Highway 14, Suite 1
Pierre, SD 57501
Telephone: (605) 773-3215
Fax: (605) 773-4106
Email: charles.mcguigan@state.sd.us
Email: steven.blair@state.sd.us

*Attorneys for Plaintiff State of South Dakota*

2

ACTIVE 44804271v1

ANDREW R. WHEELER ADMINISTRATOR
UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY

STATE OF TEXAS
KEN PAXTON
ATTORNEY GENERAL

*/s/ Martha C. Mann (with permission)*
Martha C. Mann
Environmental & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 514-2664
Email: martha.mann@usdoj.gov

*/s/ Lisa McClain Mitchell (with permission)*
Lisa McClain Mitchell (*pro hac vice*)
Assistant Attorney General
Environmental Protection Division
P.O. Box 12548, (MC-066)
Austin, TX 78711-2548
Telephone: (512) 475-4026
Facsimile: (512) 320-0911
Email: lisa.mitchell@oag.texas.gov

*Attorney for Andrew R. Wheeler Administrator United States Environmental Protection Agency*

*Attorneys for Plaintiff State of Texas & the Texas Commission on Environmental Quality*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 25th day of July 2019, a true and correct copy of this **STIPULATION OF DISMISSAL** and was filed with the Clerk of the Court using CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ *Paul M. Seby*

ACTIVE 44804271v1