# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of North Dakota, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) **ORDER OF DISMISSAL** |
| | ) Case No. 1:13-cv-109 |
| United States Environmental Protection Agency, | ) |
| Defendant. | ) |

Before the Court is a stipulation of dismissal filed on July 25, 2019.  See Doc. No. 38. The Court **ADOPTS** the stipulation in its entirety (Doc. No. 38) and **ORDERS** the Plaintiffs' complaint against the Defendants be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure without prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 29th day of July, 2019.

/s/  Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court